# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EMANUEL RIVERA,** : | |
| : | |
| Petitioner | CIVIL ACTION NO. 3:17-1616 |
| v. : | (JUDGE MANNION) |
| **TAMMY FERGUSON,** : | |
| Respondent : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus, (Doc. 1) is **DISMISSED** without prejudice as premature.

2. The Clerk of Court shall **CLOSE** this case.

3. There is no probable cause to issue a certificate of appealability.

4. Petitioner's motion to stay proceedings (Doc. 3) is **DENIED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: December 7, 2017**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-1616-01-order.wpd